UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

RECEIVED
FEB 28 2018
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) CAUSE NO. 4:18-cr-5-SEB-VTW
)
JAMES LINVILLE, ) -01
  aka "Sergeant Bob Davis", )
)
    Defendant. )

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. Sections 1343 and 1349 Conspiracy to Commit Wire Fraud | NMT 20 years | $250,000 | 3 years |
| 2 | 18 U.S.C. Sections 1341 and 1349 Conspiracy to Commit Mail Fraud | NMT 20 years | $250,000 | 3 years |
| 3 | 18 U.S.C. Section 1341 Mail Fraud | NMT 20 years | $250,000 | 3 years |
| 5 | 18 U.S.C. Sections 1343 Wire Fraud | NMT 20 years | $250,000 | 3 years |
| 6-20, 32, 49, 51-59, 62, 65-67 | 18 U.S.C. Sections 1343 Wire Fraud | NMT 20 years | $250,000 | 3 years |